Daniel BRONFMAN, Appellant,

v.

CITY OF KANSAS CITY, Missouri
and State of Missouri, Second
Injury Fund, Respondents.

No. WD 48465.

Missouri Court of Appeals,
Western District.

April 26, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Lloyd Hellman, Kansas City, for appellant.

Dennis E. Lee, Asst. City Atty., Kansas City, for City of Kansas City, respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Reginald Harrington, Asst. Atty. Gen., Kansas City, for State of Mo., Second Injury Fund.

Before TURNAGE, C.J., P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Claimant Bronfman appeals the final award of the Labor and Industrial Relations Commission finding permanent partial disability of 20% of the body as a whole and no "liability" on the part of the Second Injury Fund.

Judgment affirmed. Rule 84.16(b).

John HIRE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48741.

Missouri Court of Appeals,
Western District.

April 26, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 31, 1994.

Application to Transfer Denied
Aug. 15, 1994.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).